UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-81383-ROSENBERG/HOPKINS

CHRIS BEITLER, on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice at docket entry 10. In light of the fact that this case has been dismissed without prejudice, it is

**ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**;

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 19th day of January, 2018.

                                            _____
                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record